**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM A. LITTLE, ) | No. C 07-02573 JW (PR) |
|     Petitioner, ) | |
|   vs. ) | ORDER GRANTING EXTENSION OF TIME TO FILE *IN FORMA PAUPERIS* APPLICATION |
| MIKE EVANS, Warden, ) | |
|     Respondent. ) | (Docket No. 4) |

On May 15, 2007, petitioner, a state prisoner proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On the same day, the clerk of the court sent a notice to petitioner that he must either submit an application to proceed in forma pauperis or pay the filing fee within thirty days or the action would be dismissed. Petitioner has filed a motion for an extension of time to file the appropriate paperwork.

Petitioner's request for an extension of time (Docket No. 4) is GRANTED. Petitioner has **thirty (30) days** from the date of this order to either file an in forma pauperis application or pay the filing fee.

Order Granting Extension of Time to File IFP Application
N:\Pro - Se\7.2.2007\07-02573 Little02573_ifp-ext.wpd

**FAILURE TO FILE A TIMELY RESPONSE IN ACCORDANCE WITH THIS ORDER WILL RESULT IN THE DISMISSAL OF THIS ACTION WITHOUT FURTHER NOTICE TO PETITIONER.**

DATED:   June 29 2007

*James Ware*
JAMES WARE
United States District Judge