IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM A. LITTLE,                )<br>                                               )<br>         Petitioner,                    )<br>                                               )<br>   vs.                                      )<br>                                               )<br>MIKE EVANS, Warden,          )<br>                                               )<br>         Respondent.                 )<br>_____ ) | No. C 07- 02573 JW (PR)<br><br>JUDGMENT |

  For the reasons stated on the order of dismissal, the petition is DISMISSED for failure to state a cognizable claim. <u>See</u> 28 U.S.C. § 2254(a). Judgment is entered accordingly.

  The clerk shall close the file.

DATED: June 30, 2008

*James Ware*
JAMES WARE
United States District Judge

Judgment
P:\PRO-SE\SJ.JW\HC.07\Little02573_judgment.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM A LITTLE, | Case Number: CV07-02573 JW |
| Petitioner, | **CERTIFICATE OF SERVICE** |
| v. | |
| MIKE EVANS, Warden, | |
| Respondent. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on  7/9/2008  , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

William A. Little E-86654
Salinas Valley State Prison
P. O. Box 1060
Soledad, Ca 93960-1060

Dated:  7/9/2008

Richard W. Wieking, Clerk
/s/ By: Elizabeth Garcia, Deputy Clerk