IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

FILED
08 AUG -6 PM 12:46

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

William A. Little,
  Petitioner

Vs.

Mike Evans, Warden
  Respondent

No. C07-02573 JW (PR)
(Santa Clara County
Super. Crt. No. 187781)

NOTICE OF APPEAL

PLEASE TAKE NOTICE that petitioner hereby appeals to the United States Court of Appeals for the Ninth Circuit from the final judgment entered on July 9, 2008.

Dated: Aug. 3, 2008

Respectfully submitted,

_____
Mr. William Anthony Little, Pre-pro

**STATE OF CALIFORNIA**                          **COUNTY OF MONTEREY**

(C.C.P. SEC. 466 & 2015.5; 28 U.S.C. SEC 1746)

I, William Anthony Little, declare under penalty of perjury that: I am the William A. Little in the above entitled action; I have read the foregoing documents and know the contents thereof and the same is true of my own knowledge, except as to matters stated therein upon information, and belief, and as to those matters, I believe they are true.

Executed this __3__ day of __August__, 20__08__, at Salinas Valley State Prison, Soledad, CA 93960-1050.

(Signature) _William Little_
DECLARANT/PRISONER

---

## PROOF OF SERVICE BY MAIL

I, William Anthony Little, am a resident of California State Prison, I the County of Monterey, State of California; I am over the age of eighteen (18) years and am/am not a party of the above entitled action. My state prison address is: P.O. Box 1050, Soledad, CA 93960-1050.

On __August 3__, 20__08__, I served the foregoing: __Petition- Notice of Appeal__

(Set forth exact title of document(s) served)

On the party(s) herein by placing a true copy(s) thereof, enclosed in sealed envelope(s), with postage thereof fully paid, in the United States Mail, in a deposit box so provided at Salinas Valley State Prison, Soledad, CA 93960-1050.

| | |
|---|---|
| U.S. Courthouse | Attorney General of California |
| 450 Golden Gate Ave. | Criminal Division |
| San Francisco, Ca. | 455 Golden Gate Ave. Rm. 11000 |
| 94102-3483 | San Francisco, Ca. 94102-3483 |

(List parties served)

There is delivery service by United States Mail at the place so addressed, and/or there is regular communication by mail between the place of mailing and the place so addressed.

---

I declare under penalty of perjury that the foregoing is true and correct.

DATED: __August 3__, 20__08__                    _William Little_
                                                  DECLARANT/PRISONER