E-86657 C-3-102
P.O. Box 1050
Salinas Valley Prison
Soledad, CA. 93960-1050

STATE PRISON
GENERATED MAIL

LEGAL MAIL ONLY

To: U.S. Court House
450 Golden Gate Ave.
San Francisco, CA.
94102-3483

RECEIVED
AUG 6 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
JW

UNITED STATES POSTAGE
PITNEY BOWES
02 1A
0004397458
$02.870
MAILED FROM ZIP CODE 93960
AUG 04 2008



APSS 8/3/08