**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**
_____

www.cand.uscourts.gov

Richard W. Wieking  
Clerk

General Court Number  
408.535.5364

August 13, 2008

RE: **CV 07-02573 JW**

    **WILLIAM A LITTLE -v- MIKE EVANS**

Dear Law Clerk:

The petitioner in the instant habeas corpus action has filed a notice of appeal. Rule 22(b) of the Federal Rules of Appellate Procedure provides that if an appeal is taken by the petitioner in a habeas corpus action, the district judge who rendered the judgment shall either issue a certificate of appealability (formerly referred to as certificate of probable cause) pursuant to 28 U.S.C. § 2253 or state the reasons why such a certificate should not issue. Please make sure that the Judge issues the requisite certificate or statement so that I can process the appeal and forward the file to the Ninth Circuit.

Thank you,


Cindy Vargas  
Case Systems Administrator